# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3038

_____

| | |
|---|---|
| John D. Fouts, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * |
| | * Appeal from the United States |
| John Pierpont, Individually and in his | * District Court for the |
| official capacity as Greene County, | * Western District of Missouri. |
| MO, Sheriff; Lee Elliot, individually | * |
| and in his official capacity as Green | * [UNPUBLISHED] |
| County, MO, Deputy Sheriff; Ramon | * |
| Shane, Dr., | * |
| | * |
| Appellees. | * |

_____

Submitted: November 7, 2001
Filed: November 13, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

John D. Fouts appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 lawsuit. We dismiss the appeal for lack of jurisdiction. Fouts moved the district court for an extension of time to file an appeal more than thirty

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

days following entry of judgment, and thus Fouts was required to give defendants notice. <u>See</u> Fed. R. App. P. 4(a)(5)(B). Because he did not, the district court lacked authority to grant the extension, and Fouts's ensuing notice of appeal was untimely. <u>See</u> <u>Hable v. Pairolero</u>, 915 F.2d 394, 394-95 (8th Cir. 1990) (district court lacked jurisdiction to order extension where party filed motion more than 30 days after judgment and failed to notify opposing parties).

Accordingly, the appeal is dismissed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.